UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA        )
       )
v.        )     NO. 2:07-CR-110
       )
GARY KEVIN ATKINS        )

## O R D E R

This criminal matter is before the Court to consider the

Supplemental Report and Recommendation of the United States Magistrate

Judge dated April 7, 2008. In that Supplemental Report and Recommendation,

the Magistrate Judge recommends that the defendant's motion to suppress be

denied in regard to the currency found in the defendant's shoe on November 2,

2007.

The defendant has not filed an objection to this supplemental

recommendation that the motion be denied. Therefore, it is hereby **ORDERED**

that the Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc.

27], and that the motion to suppress filed by the defendant in regard to the

1

currency found in his shoe November 2, 2007 is **DENIED.**

      E N T E R:

                                        J. RONNIE GREER
                         UNITED STATES DISTRICT JUDGE